County of Jefferson, Petitioner v. Beverly Stickle, Respondent No. 22SC632
Supreme Court of Colorado, En Banc
February 21, 2023

 Court
 of Appeals Case No. 21CA439

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 a two-story parking lot located adjacent to the Jefferson
 County Courts and Administration Building is a building for
 purposes of the dangerous condition of a public building
 waiver in section 24-10-106(1)(c), C.R.S. (2022), of the
 Colorado Governmental Immunity Act, codified at sections
 24-10-101 to -102, C.R.S. (2022).

 Whether
 the County's use of the same material for the parking
 lot's walking and driving/parking surfaces was a design
 issue for purposes of the dangerous condition analysis,
 entitling the County to immunity.